AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>MARCO RESENDIZ,<br><br>Defendant(s) | )<br>)<br>) Case No. 18-6223-Hunt<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 1, 2018__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C. Section 2113(a) | Bank Robbery |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
Complainant's signature

SA Joseph Oliver, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: 5/4/18

_____
Judge's signature

City and state: Fort Lauderdale, Florida        PATRICK M. HUNT, U.S. MAGISTRATE JUDGE
Printed name and title

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

Your Affiant, Joseph R. Oliver, being duly sworn, deposes and states as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI), United States Department of Justice (DOJ), currently assigned to the Violent Crimes and Fugitive Task Force of the FBI's Miami Division. My duties involve the investigation of a variety of violations of federal offenses, including bank robberies, Hobbs Act robberies, extortion, and other violations of federal law. I have been an FBI Special Agent since August 2016 and have been assigned to the Miami Division since January 2017. Prior to my employment with the FBI, I worked as a Police Officer and Detective with the Lexington, Kentucky Police Department from August 2012 to August 2016 where I also responded to and investigated a variety of violent crimes in violation of the Kentucky Revised Statutes.

2. This affidavit is submitted in support of a criminal complaint charging Marco Cesar RESENDIZ ("RESENDIZ") with one count of bank robbery, in violation of Title 18 United States Code, Section 2113(a). I respectfully submit that there is probable cause to believe that on May 1, 2018 at approximately 1:22 p.m., RESENDIZ did knowingly, by intimidation, take from the person and presence of an employee of PNC Bank located at 289 South Pompano Parkway, Pompano Beach, Florida, $1,399.00 in United States ("US") currency belonging to, and in the care, custody, control, management, and possession of PNC Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation ("FDIC").

3. The statements contained in this affidavit are based on my personal knowledge, as well as information relayed to me by other law enforcement officials, employees, civilians, and bank security personnel involved in this investigation. I have not included in this affidavit each

and every fact known to me. Rather, I have included only the facts that are sufficient to establish probable cause for the issuance of a criminal complaint against RESENDIZ for the above-described criminal violation.

## PROBABLE CAUSE

4. On Tuesday, May 1, 2018 at approximately 1:22 p.m., a male subject, later identified as RESENDIZ, arrived at PNC Bank located at 289 South Pompano Parkway, Pompano Beach, Florida. PNC Bank is insured by the FDIC.

5. RESENDIZ was wearing a red t-shirt, blue jean pants, a baseball style hat, and brown work-style boots. Upon entering the bank, RESENDIZ went directly to the island and filled out a form, later used as the demand note. RESENDIZ then approached the victim bank teller and presented the demand note, which stated, "IM SORRY BUT I NEED A STACK OF $100 and no one will get hurt." In fear for his life, the victim bank teller gave RESENDIZ approximately $1,399.00 in US currency. RESENDIZ then fled the bank on foot.

6. The bank robbery was recorded by PNC digital video security cameras. The video surveillance system recorded RESENDIZ from the time he entered the bank and committed the robbery until he exited the bank.

7. On Thursday, May 3, 2018 at approximately 11:57 p.m., while waiting in the emergency room of Broward General Hospital ("BGH") located at 1600 South Andrews Avenue, Fort Lauderdale, Florida, RESENDIZ told his wife of 10 years, whom he had not been living with since December of 2017, "I robbed the bank." In response to this, RESENDIZ's wife conducted a Google search, "Robbery in a bank in pompano beach May 2018." She was aware that RESENDIZ was supposed to be attending a drug rehabilitation program in Pompano Beach. This search yielded surveillance stills of the bank robber from PNC Bank on May 1, 2018.

RESENDIZ's wife immediately recognized the individual depicted in the surveillance stills as her husband.

8. She notified law enforcement officers who were present at the BGH. RESENDIZ's wife was subsequently interviewed and signed a surveillance still from the PNC Bank robbery, writing, "This is my husband 100% Marco Cesar Resendiz".

9. Upon being medically released from BGH, RESENDIZ was transported to the Broward Sheriff's Office Public Safety Building located at 2601 Broward Boulevard, Fort Lauderdale, Florida where he was advised of his Miranda rights which he waived. RESENDIZ provided a full and recorded confession to the bank robbery at PNC Bank on May 1, 2018. RESENDIZ was shown a photograph of the demand note, which he positively identified as the note he wrote. RESENDIZ was also shown several surveillance stills of the bank robber. In response to seeing the surveillance stills, RESENDIZ stated, "That's me."

10. Based on my training and experience, as further supported by the facts of this affidavit, I respectfully submit that probable cause exists to charge RESENDIZ with one count of bank robbery for knowingly, by means of intimidation, taking from the person and presence of an employee of a federal insured bank, approximately $1,399.00 in US currency belonging to, and in

the care, custody, control, management, and possession of PNC Bank, located at 289 South Pompano Parkway, Pompano Beach, Florida violation of Title 18, United States Code, Section 2113(a).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
SPECIAL AGENT JOSEPH R. OLIVER
FEDERAL BUREAU OF INVESTIGATION

Subscribed and sworn before me
this 4th day of May 2018.

_____
HONORABLE PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

4